IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


TYSON A. DITCH,                        :

        Petitioner            :

     v.                               :      C.A. No. 04-164 ERIE

                              :      (Baxter, M.J.)

JAMES L. GRACE,                        :      (McLaughlin, D.J.)

        Respondent            :


## NOTICE OF APPEAL

Notice is hereby given that I, Tyson Alan Ditch, hereby appeal to the United States Court of Appeals for the Third Circuit from the final order of the United States District Court for the Western District of Pennsylvania denying habeas corpus relief without an evidentiary hearing and further denying a certificate of appealability, entered on the 28th day of June 2005, at No. 04-164 Erie.


Respectfully Submitted,


_Tyson A. Ditch_

Tyson A. Ditch, EA-3968

Pro Se Petitioner

1100 Pike Street

Huntingdon, PA 16654-1112

Date:    July 11, 2005

July 7, 2005

Clerk,

Enclosed please find Petitioner's Notice to Appeal and Motion to Proceed In Forma Pauperis to be filed on my behalf.

The employee who prepared the penalty statement in the accounting office is currently on vacation. I will send it upon return thereof.

Sincerely,

[signature]

July 7, 2005

Clerk,

Enclosed please find Petitioner's Notice to Appeal and Motion to Proceed In Forma Pauperis to be filed on my behalf. The supporting documents and Order are also enclosed.

Thank you!

Sincerely,

Jason A. Fitch