## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA


TYSON A. DITCH,                          :
                        Petitioner       :
          v.                             :        C.A. No. 04-164 ERIE
                                         :        (Baxter, M.J.)
JAMES L. GRACE,                          :        (McLaughlin, D.J.)
                        Respondent       :


## MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

**AND NOW**, comes the Petitioner, Tyson Alan Ditch, by and for himself, to respectfully request the court to grant this motion and permit him to proceed on appeal in forma pauperis.  The following is set forth in support thereof:

1.    Petitioner has been continuously incarcerated since the 18th day of February 1998, but for one month, when he was released after posting property bond.

2.    Petitioner does not have the funds necessary to pay the fees and/or costs of the appeal.

3.    Petitioner receives approximately $100.00 per month for his work within the prison.  Funds Petitioner utilizes to pay the costs of copies, typewriter ribbons, postage, and hygeine products.

4.     Petitioner believes he is entitled to have his constitutional issues decided by the appellate court.

5.     Petitioner understands his duty to the court to disclose any change in his financial condition which would enable him to pay the fees and/or costs of the appeal.

6.     Petitioner believes it is in the interests of justice to grant this motion.

**WHEREFORE**, based on the foregoing facts and circumstances, Petitioner, Tyson Alan Ditch, respectfully requests your Honorable Court to grant this motion and permit him to proceed on appeal in forma pauperis.

Respectfully Submitted,

Tyson Alan Ditch, EA-3968
Pro Se Petitioner
1100 Pike Street
Huntingdon, PA 16654-1112

Date:   July 11, 2005

## CERTIFICATE OF SERVICE

I, Tyson Alan Ditch, Petitioner in the foregoing matter, do hereby certify that I have this 11th day of July 2005, served a true and correct copy of Petitioner's Notice Of Appeal upon the below named party. Said service was made by first-class U.S. Mail, postage pre-paid at Huntingdon, PA 16654-1112.

SERVICE UPON:

Honorable Judge McLaughlin
United States District Court
Western District Of Pennsylvania
P.O. Box 1820
Erie, PA 16507

Douglas W. Ferguson, Esquire
Office of the District Attorney
Room 25
Crawford County Courthouse
Meadville, PA 16335

Date:    July 11, 2005

Tyson A. Ditch, EA-3968
1100 Pike Street
Huntingdon, PA 16654-1112
Pro Se Petitioner

# United States District Court

### FOR THE WESTERN _____ DISTRICT OF _____ PENNSYLVANIA

TYSON A. DITCH,

            **Petitioner**

    V.

JAMES L. GRACE,

        **Respondent**

## APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER:  C.A. No. 04-164 ERIE

---

I,_____ Tyson Alan Ditch _____, declare that I am the *(check appropriate box)*

[x] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant     [ ] _____
                                      *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

    Petitioner did not knowingly and intelligently waive his Sixth Amendment right to counsel (incorporated by the Fourteenth Amendment) at the pretrial hearing and one man show-up identification procedure, and as a result was denied legal representation.

In further support of this application, I answer the following questions.

1. Are you presently employed?        Yes [ ]   No [x]

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   NA

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   February, 1998.  Approximately $3,000 per month.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment   Yes [ ]   No [x]

   b. Rent payments, interest or dividends?   Yes [ ]   No [x]

   c. Pensions, annuities or life insurance payments?   Yes [ ]   No [x]

   d. Gifts or inheritances?   Yes [ ]   No [x]

   e. Any other sources?   Yes [ ]   No [x]

AO 240  Reverse

If the answer to any of the above is ''yes,'' describe each source of money and state the amount received from each during the past twelve months.

NA

3.  Do you own any cash, or do you have money in checking or savings accounts?

Yes ☒    No ☐    (Include any funds in prison accounts.)

If the answer is ''yes,'' state the total value of the items owned.

As of July 5, 2005, Petitioner's prison account balance is -$14.63

4.  Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☐    No ☒

If the answer is ''yes,'' describe the property and state its approximate value.

NA

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

NA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 5, 2005___          _____
                  (Date)                              Signature of Applicant

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ ___(14.63)CR___ on account to his credit at the ___State Correctional Institution at Huntingdon___ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: ___NONE___

I further certify that during the last six months the applicant's average balance was $ ___91.59___

July 6, 2005

_____
Authorized Officer of Institution

Elizabeth Christoff, Accountant I

PA DEPT. OF CORRECTIONS      INMATE ACCOUNTS SYSTEM      RUN     IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING      DATE   7/06/2005
REMOTE PRINT TIME 11:29      FROM PURGE FILE      PAGE      1

| INMATE | NAME | | | | |
|---|---|---|---|---|---|
| NUMBER | LAST | | FIRST | MI | STARTING BALANCE |
| EA3968 | DITCH | | TYSON | A | 17.38 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 3710 | 01-06-2004 | 37 | POSTAGE | | |
| | | | JANUARY 5, 2005 | -.60 | 16.78 |
| 9006 | 01-06-2005 | 12 | INMATE EMPLOYMENT | | |
| | | | HUN PAYROLL 2004 - 12 GRP 5 | 84.00 | 100.78 |
| 9006 | 01-06-2005 | 11 | INMATE EMPLOYMENT | | |
| | | | HUN PAYROLL 2004 - 12 GRP 5 | 52.92 | 153.70 |
| 8025 | 01-25-2005 | 32 | HUN COMMISSARY | | |
| | | | FOR  1/25/2005 | -58.58 | 95.12 |
| 8027 | 01-27-2005 | 34 | HUN CABLE  TV | | |
| | | | FOR  1/27/2005 | -15.25 | 79.87 |
| 8032 | 02-01-2005 | 32 | HUN COMMISSARY | | |
| | | | FOR  2/01/2005 | -38.27 | 41.60 |
| 9034 | 02-03-2005 | 11 | INMATE EMPLOYMENT | | |
| | | | HUN PAYROLL 2005 - 01 GRP 5 | 50.40 | 92.00 |
| 9034 | 02-03-2005 | 12 | INMATE EMPLOYMENT | | |
| | | | HUN PAYROLL 2005 - 01 GRP 5 | 75.60 | 167.60 |
| 3897 | 02-07-2005 | 13 | PERSONAL GIFT FROM | | |
| | | | HARRIS, LINDA        (141861) | 50.00 | 217.60 |
| 3943 | 02-14-2005 | 42 | SAVINGS | | |
| | | | OMEGA BANK | -100.00 | 117.60 |
| 3953 | 02-16-2005 | 14 | MISCELLANEOUS | | |
| | | | PA VITAL RECORDS (120906) | 4.00 | 121.60 |
| 3973 | 02-22-2005 | 36 | PRINTED MATERIALS | | |
| | | | DIVISION OF VITAL RECORDS | -4.00 | 117.60 |
| 8053 | 02-22-2005 | 32 | HUN COMMISSARY | | |
| | | | FOR  2/22/2005 | -17.24 | 100.36 |
| 8055 | 02-24-2005 | 34 | HUN CABLE  TV | | |
| | | | FOR  2/24/2005 | -15.25 | 85.11 |
| 4035 | 03-04-2005 | 14 | MISCELLANEOUS | | |
| | | | DIVISION OF VITAL REC (121112) | 4.00 | 89.11 |
| 8067 | 03-08-2005 | 32 | HUN COMMISSARY | | |
| | | | FOR  3/08/2005 | -23.94 | 65.17 |
| 9069 | 03-10-2005 | 11 | INMATE EMPLOYMENT | | |
| | | | HUN PAYROLL 2005 - 02 GRP 5 | 47.88 | 113.05 |
| 9069 | 03-10-2005 | 12 | INMATE EMPLOYMENT | | |
| | | | HUN PAYROLL 2005 - 02 GRP 5 | 79.80 | 192.85 |
| 4087 | 03-14-2005 | 30 | PERSONAL GIFT TO | | |
| | | | HOLABIRD SPORTS | -69.99 | 122.86 |
| 4126 | 03-21-2005 | 41 | MEDICAL | | |
| | | | MEDICAL CO PAY 3/16/05 | -4.00 | 118.86 |
| 4151 | 03-24-2005 | 14 | MISCELLANEOUS | | |
| | | | INST CK (HOLABIRD)      (102658) | 69.99 | 188.85 |
| 8088 | 03-29-2005 | 32 | HUN COMMISSARY | | |
| | | | FOR  3/29/2005 | -19.19 | 169.66 |

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM          RUN      IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING         DATE   7/06/2005
REMOTE PRINT TIME 11:29              FROM PURGE FILE             PAGE        2
```

| INMATE NUMBER | NAME LAST | FIRST | MI |
|---|---|---|---|
| EA3968 | DITCH | TYSON | A |

| BATCH # | DATE MO DY YEAR | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|
| 4180 | 03-29-2005 42 | SAVINGS | | |
| | | OMEGA BANK | -100.00 | 69.66 |
| 8090 | 03-31-2005 34 | HUN CABLE  TV | | |
| | | FOR  3/31/2005 | -15.25 | 54.41 |

```
                    BALANCE AFTER THESE TRANSACTIONS------>      54.41
```

PA DEPT. OF CORRECTIONS                 INMATE ACCOUNTS SYSTEM                RUN         IAS365
BUREAU OF COMPUTER SERVICES           PARTIAL ACCOUNT LISTING              DATE   7/06/2005
REMOTE PRINT TIME 11:29                    FROM ACTIVE FILE                   PAGE         1

| INMATE | NAME | | | | |
|--------|------|--|--|--|--|
| NUMBER | LAST | | FIRST | MI | STARTING BALANCE |
| EA3968 | DITCH | | TYSON | A | 54.41 |

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---------|-----------------|--|-------------------------|--------------------|---------------------------|
| 9097 | 04-07-2005 | 12 | INMATE EMPLOYMENT | | |
| | | | HUN PAYROLL 2005 - 03 GRP 5 | 91.00 | 145.41 |
| 9097 | 04-07-2005 | 11 | INMATE EMPLOYMENT | | |
| | | | HUN PAYROLL 2005 - 03 GRP 5 | 57.96 | 203.37 |
| 4252 | 04-11-2005 | 31 | OUTSIDE PURCHASES | | |
| | | | ACCESS CATALOG | -119.48 | 83.89 |
| 8102 | 04-12-2005 | 32 | HUN COMMISSARY | | |
| | | | FOR   4/12/2005 | -48.32 | 35.57 |
| 8116 | 04-26-2005 | 32 | HUN COMMISSARY | | |
| | | | FOR   4/26/2005 | -32.78 | 2.79 |
| 8118 | 04-28-2005 | 34 | HUN CABLE   TV | | |
| | | | FOR   4/28/2005 | -15.25 | -12.46 |
| 9125 | 05-05-2005 | 12 | INMATE EMPLOYMENT | | |
| | | | HUN PAYROLL 2005 - 04 GRP 5 | 86.10 | 73.64 |
| 9125 | 05-05-2005 | 11 | INMATE EMPLOYMENT | | |
| | | | HUN PAYROLL 2005 - 04 GRP 5 | 52.92 | 126.56 |
| 4412 | 05-11-2005 | 42 | SAVINGS | | |
| | | | OMEGA BANK | -100.00 | 26.56 |
| 8137 | 05-17-2005 | 32 | HUN COMMISSARY | | |
| | | | FOR   5/17/2005 | -19.62 | 6.94 |
| 8146 | 05-26-2005 | 34 | HUN CABLE   TV | | |
| | | | FOR   5/26/2005 | -15.25 | -8.31 |
| 9153 | 06-02-2005 | 12 | INMATE EMPLOYMENT | | |
| | | | HUN PAYROLL 2005 - 05 GRP 5 | 81.90 | 73.59 |
| 9153 | 06-02-2005 | 11 | INMATE EMPLOYMENT | | |
| | | | HUN PAYROLL 2005 - 05 GRP 5 | 52.92 | 126.51 |
| 4574 | 06-14-2005 | 37 | POSTAGE | | |
| | | | LEGAL - JUNE 13, 2005 | -1.52 | 124.99 |
| 4574 | 06-14-2005 | 37 | POSTAGE | | |
| | | | LEGAL - JUNE 13, 2005 | -1.06 | 123.93 |
| 8165 | 06-14-2005 | 32 | HUN COMMISSARY | | |
| | | | FOR   6/14/2005 | -50.87 | 73.06 |
| 8165 | 06-14-2005 | 32 | HUN COMMISSARY | | |
| | | | FOR   6/14/2005 | -3.05 | 70.01 |
| 8172 | 06-21-2005 | 32 | HUN COMMISSARY | | |
| | | | FOR   6/21/2005 | -54.46 | 15.55 |
| 8179 | 06-28-2005 | 32 | HUN COMMISSARY | | |
| | | | FOR   6/28/2005 | -14.93 | .62 |
| 8181 | 06-30-2005 | 34 | HUN CABLE   TV | | |
| | | | FOR   6/30/2005 | -15.25 | -14.63 |

BALANCE AFTER THESE TRANSACTIONS------>        -14.63