| ORDER OF COURT | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| _____ _____<br>United States Judge         Date | _____ _____<br>United States Judge         Date<br>or Magistrate |