FPS-438                                                                                           August 18, 2005
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-3614

Ditch v. Grace
(W.D.Pa. No. 04-cv-00164)

To:  Clerk

1)   Motion for Leave to Proceed In Forma Pauperis

---

    The foregoing Motion is granted.  The appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.



A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:  August 18, 2005
AWI/cc: Mr. Tyson Ditch
       Douglas W. Ferguson, Esq.