DPS-37                                                                     November 3, 2005

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-3614**

TYSON ALAN DITCH

v.

JAMES L. GRACE

(W.D. Pa. Civ. No. 04-cv-00164)

Present:     ROTH, FUENTES AND VAN ANTWERPEN, CIRCUIT JUDGES

    Submitted are:

        (1)  Appellant's request for a certificate of appealability under
            28 U.S.C. § 2253(c)(1), and appointment of counsel; and

        (2)  Appellee's response in opposition to the application for a
           certificate of appealability

    in the above-captioned case.

                                            Respectfully,

                                            Clerk

MMW/DPW/awi
_____ ORDER _____

      The foregoing request for a certificate of appealability is granted in part and denied in part. See 28 U.S.C. 2253(c)(2). Appellant's request for a certificate of appealability regarding his claim that he was denied counsel at the preliminary hearing is granted. See Hameen v. State of Delaware, 212 F.3d 226, 248 (3d Cir. 2000); Coleman v. Alabama, 399 U.S. 1, 7 (1970). Additionally, as jurists of reason could debate whether counsel was

TYSON ALAN DITCH

v.

JAMES L. GRACE

(W.D. Pa. Civ. No. 04-cv-00164)

C.A. No. 05-3614

Page Two

ineffective for failing to file a pretrial suppression motion regarding the pretrial identification at the preliminary hearing, Appellant's request for a certificate of appealabilty is also granted as to this claim.  See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Strickland v. Washington, 466 U.S. 668 (1984).  Because jurists of reason could not debate the resolution Appellant's other claims, Appellant's request for a certificate of appealability is denied in all other respects.



A True Copy:

Marcia M. Waldron, Clerk

Dated: 20 December 2005
    AWI/CC: TAD
            DWF
            TS

By the Court,

/s/ Julio M. Fuentes
Circuit Judge