OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4916 |

www.ca3.uscourts.gov

April 3, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

**RE: Docket No. 05-3614**
     **Ditch   vs. Grace**
     **D.C. No. 04-cv-00164**

Dear Mr. Barth:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   We return herewith the certified partial record in the case, consisting of DC Documents 1 through 27.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                              /s/ Anthony Infante
                         By:  Anthony W. Infante
                              Case Manager


Enclosure

cc:
      Tyson R. Smith, Esq.
      Douglas W. Ferguson, Esq.
      Mr. Tyson Alan Ditch