OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

Marcia M. Waldron  
    Clerk

FOR THE THIRD CIRCUIT  
21400 United States Courthouse  
601 Market Street  
Philadelphia PA 19106-1790

Telephone  
267-299-4916

www.ca3.uscourts.gov

April 3, 2007

Mr. Robert V. Barth Jr., Clerk  
United States District Court for the Western District of PA  
17 South Park Row  
Room B-160  
Erie, PA  16501

RE: Docket No. 05-3614  
    Ditch  vs. Grace  
    D.C. No. 04-cv-00164

Dear Mr. Barth:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    We return herewith the certified partial record in the case, consisting of DC Documents 1 through 27.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

**RECEIVED**

APR - 6 2007

CLERK U.S. DISTRICT COURT  
WEST. DIST. OF PENNSYLVANIA

Very truly yours,  
MARCIA M. WALDRON  
Clerk

By: /s/ Anthony Infante  
    Anthony W. Infante  
    Case Manager

Enclosure

cc:  
    Tyson R. Smith, Esq.  
    Douglas W. Ferguson, Esq.  
    Mr. Tyson Alan Ditch

267-299-4937  
04-03-07