# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 9, 2007



Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106

Re:  Tyson Alan Ditch
v. James L. Grace, Superintendent, State Correctional Institution
at Huntingdon
No. 07-91
(Your No. 05-3614)

1:04-cv-164

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk


RECEIVED

OCT 29 2007

CLERK U.S. DIST COURT
WEST DIST OF PENNSYLVANIA

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

TO:     Robert V. Barth Jr, Clerk, United States District Court

FROM:   Marcia M. Waldron, Clerk

Please find the enclosed Notice from the Supreme Court of the United States.

(5/31/00)